UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Docket No. 4:11-MJ-1074-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Kevin Burns Chaffin** | ) | |

On June 15, 2011, Kevin Burns Chaffin appeared before the Honorable David W. Daniel, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Breaking and Entering, in violation of 18 U.S.C. §§ 7 & 13, NCGS 14-54(b), was sentenced to a 24-month term of probation.

From evidence presented at the revocation hearing on January 17, 2012, the court finds as a fact that Kevin Burns Chaffin, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1.  Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 15 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 17th day of January, 2012.

_____
David W. Daniel
U.S. Magistrate Judge