UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-MJ-1074-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| KEVIN BURNS CHAFFIN | ) | |

This matter comes before the Court by an unopposed motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, for leave to destroy certain evidence; to wit: (1) one piece of clear plexi-glass obtained from a garage door; (2) one pair of white socks obtained from Chaffin; and (3) one CD-R copy of video surveillance from the Coast Guard State at Emerald Isle, North Carolina. For good cause shown, such leave is granted. The United States Coast Guard Investigative Service is authorized to destroy the following items currently in their care and custody: (1) one piece of clear plexi-glass obtained from a garage door; (2) one pair of white socks obtained from Chaffin; and (3) one CD-R copy of video surveillance from the Coast Guard State at Emerald Isle, North Carolina

So ordered this 17th day of March 2014.

_____
UNITED STATES MAGISTRATE JUDGE